IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 4:08-1253 |
| ) | |
| vs. ) | FINAL ORDER OF FORFEITURE |
| ) | |
| ANTONIO THOMAS GOODE ) | |

This matter is before the court upon the United States' motion for a Final Order of Forfeiture as to Antonio Thomas Goode ("Goode"), who was convicted of a drug-related conspiracy. A Preliminary Order of Forfeiture ("POF") as to Antonio Thomas Goode was filed on January 27, 2010, and established the following:

1.  On December 16, 2008, a Federal Grand Jury in the District of South Carolina returned an Indictment in which Goode was charged with drug conspiracy, and with possession with intent to distribute 500 grams or more of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

2.  The Indictment provided that upon Goode's conviction, certain property enumerated therein and below, or equivalent substitute assets, would be subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 853, 881, and 28 U.S.C. § 2461(c).

3.  On August 5, 2009, Goode entered a guilty plea to Count 2 of the Indictment, and agreed to forfeit to the United States all of his right, title and interest in and to assets subject to forfeiture. The defendant was sentenced, and judgment was entered on February 12, 2010.

1

4. On January 27, 2010, this court entered the POF as to Goode, forfeiting all of his right, title and interest in the property described below to the United States.

   A. Proceeds:

   1. $12,040.00 in United States Currency
      Seized from: Antonio Thomas Goode
      Asset ID# 08-ICE-001315

5. The POF directed the United States Department of Homeland Security, Immigration and Customs Enforcement to seize the property, and directed the United States to publish Notice of the Court's Order and the intent of the United States to dispose of the property in accordance with law. The POF also provided that following publication, and upon adjudication of all third-party interests in the property, the court would enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n).

6. Beginning on February 10, 2010, and running at least 18 hours per day through March 11, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States published notice of the forfeiture on the government website, www.forfeiture.gov, a website of general circulation within the United States and the State of South Carolina, notifying any person claiming an interest in the forfeited property to file a Petition within sixty (60) days of the first date of publication (February 10, 2010) for a hearing to adjudicate the validity of any alleged legal interest in the property, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U. S. C. § 853(n)(1).

7. The United States has received no claims or petitions as to the property described below, and the time to file such claims and petitions has passed as provided for

by the provisions of 21 U.S.C. § 853(n); therefore, all claims to such property are forever foreclosed and barred.

8. The court has previously determined that Goode has an interest in the property set forth below, and that the Government has established the requisite nexus between the said property and the offenses for which Goode has been convicted; therefore, the said property shall be forfeited to the United States pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461(c).

NOW THEREFORE, upon motion of the United States and for good cause shown,

It is hereby ORDERED, ADJUDGED and DECREED:

1. All right, title and interest in and to the following property is hereby forfeited to the United States of America:

    A. <u>Proceeds</u>:

        1. $12,040.00 in United States Currency
           Seized from: Antonio Thomas Goode
           Asset ID# 08-ICE-001315

2. Pursuant to 21 U.S.C. § 853(n)(7), clear title in and to the above-described property is vested in the United States of America, its successors and assigns, and no other right, title or interests exists therein. All claims to the above-described property are forever foreclosed and barred and the said property shall be disposed of by the United States Department of Homeland Security, Immigration and Customs Enforcement in accordance with law.

3. The United States Department of Homeland Security, Immigration and Customs Enforcement is hereby requested to seize the above-described property as

directed by the United States Attorney's Office.

4. It further appears that the forfeiture allegations as to the following property have been dismissed without prejudice from the Indictment.

    a. 2007 Chevrolet Malibu
       VIN# 1G1ZS58F37F118972
       NC License Plate# WWP 7595
       Registered Owner: Antonio Goode

5. The court shall retain jurisdiction to resolve disputes which may arise and to enforce and amend this Order as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

6. The Clerk, U.S. District Court for the District of South Carolina, shall provide three certified copies of this Order to the United States Attorney's Office Asset Forfeiture Unit for service on interested third parties and for other purposes.

IT IS SO ORDERED.

_____
TERRY L. WOOTEN
UNITED STATES DISTRICT JUDGE

July 23, 2010
Florence, South Carolina

4